In the Matter of JOHN ANDERSON LEACH (In the Matter of New York State Legislative Committee to Investigate the Affairs of the City of New York). — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of ROSA E. SPANG, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GOLDYE SIEGEL v. MONROE M. SCHWARZSCHILD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANNIE BELLEVILLE HUNTER v. FREDERICK W. HUNTER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AUGUST STUMPP and Others v. THE FARMERS' LOAN & TRUST COMPANY. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FARNHAM REALTY CORPORATION v. HERMAN N. LIBERMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of WILLIAM ROWE, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANGELO PALERMO, as Administrator, etc., v. THE CITY OF NEW YORK, Impleaded with CENTRAL VERMONT RAILWAY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LINCOLN TRUST COMPANY v. FERDINAND J. FULLAYTAR and Others.— Motion for stay pending appeal granted on condition that appeal be argued or submitted on October 21, 1921. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LILLY WEINREB v. SAMUEL WEINREB.— Motion granted; time to file papers on appeal extended to November 1, 1921. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY v. EARLINGTON REALTY CORPORATION and Others.— Stay pending appeal granted on condition that appeal be argued or submitted on October 21, 1921. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of BRILLIANT SILK MANUFACTURING COMPANY, INC., v. A. W. COWEN & BROS., INC.— Motion denied, without costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.